# United States District Court
## EASTERN DISTRICT OF MISSOURI

**JUDGMENT IN A CIVIL CASE**

TERRY D. THOMAS

      Plaintiff(s),


          v.                 CASE NUMBER:       4:07CV00556AGF

JAMES NEWTON and MVT SERVICES, LLC

      Defendant(s).


:     **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

9     **Directed Verdict.**  This action came before the Court for a trial by jury, the Court having sustained defendant's motion for judgment as a matter of law at the close of plaintiffs' case;

9     **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS HEREBY ORDERED AND ADJUDGED** that on the claim of Plaintiff Terry D. Thomas for personal

injury, the jury found for Defendants James Newton and MVT Services, LLC and against Plaintiff Terry D. Thomas, and

the percentage of fault was assessed as follows:

| | |
|---|---|
| Defendants James Newton and MVT Services, LLC | Zero Percent |
| Plaintiff Terry D. Thomas | Zero Percent |


James G. Woodward
CLERK

January 30, 2009
DATE

By:     /s/ Carrie Lippold

DEPUTY CLERK